# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  §
       §
James Caruso  §  Case No. 12-30787
       §
       Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:

9:30 a.m. on August 22, 2013
in Courtroom 680, U.S. Courthouse
219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____Kenneth S. Gardner_____
                                      Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
James Caruso                        §      Case No. 12-30787
                                    §
         Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 50,000.00 |
| and approved disbursements of | $ | 31,879.60 |
| leaving a balance on hand of[1] | $ | 18,120.40 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 4,250.00 | $ 0.00 | $ 4,250.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 4.70 | $ 0.00 | $ 4.70 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,254.70 |
| Remaining Balance | | $ | 13,865.70 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,369.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 52.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Hsbc) | $ 1,303.53 | $ 0.00 | $ 685.42 |
| 2 | N. A. Fia Card Services | $ 7,995.56 | $ 0.00 | $ 4,204.22 |
| 3 | N. A. Fia Card Services | $ 5,926.18 | $ 0.00 | $ 3,116.10 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | $ 5,715.01 | $ 0.00 | $ 3,005.07 |
| 5 | University Station Condo Assoc | $ 5,429.40 | $ 0.00 | $ 2,854.89 |
| | Total to be paid to timely general unsecured creditors | | $ | 13,865.70 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
                            Steven R. Radtke, Trustee

*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 12-30787-JPC
James Caruso  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales              Page 1 of 2                  Date Rcvd: Jul 11, 2013
                              Form ID: pdf006              Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2013.
```
db              James Caruso,    1550 S. Blue Island Avenue,    Unit 720 & PS65,    Chicago, Il  60608
19270921        Bank of America,    Attn: Bankruptcy Department,    P.O. Box 660402,    Dallas, TX 75266-0402
19270922       +Best Buy,    P.O. Box 9312,    Minneapolis , MN 55440-9312
19270923       +Capital One,    Attn: Bankruptcy Dept,    P.O. Box 30273,    Salt Lake City, UT 84130-0273
19270924       +Citibank,    Attn: Bankruptcy Dept,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
19959952        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19270925       +OneWest Bank,    888 East Walnut Street,    Pasadena, CA 91101-1802
19340379       +OneWest Bank,    c/o,   Pierce and Associates,    1 N Dearborn suite 1300,    Chicago, IL 60602-4373
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19536416       +E-mail/Text: bnc@atlasacq.com Jul 12 2013 00:08:12      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
19868046       +E-mail/Text: bnc@atlasacq.com Jul 12 2013 00:08:12      Atlas Acquisitions LLC  (HSBC),
                 294 Union St.,    Hackensack, NJ 07601-4303
20160584       +E-mail/Text: resurgentbknotifications@resurgent.com Jul 12 2013 00:05:58
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
19270926       +E-mail/Text: ndaily@ksnlaw.com Jul 12 2013 00:08:29      University Station Condo Assoc,
                 c/o Kovitz, Shifrin Nesbit,    750 W Lake Cook Road Suite 350,    Buffalo Grove, IL 60089-2088
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 13, 2013**           **Signature:**   _/s/ Joseph Speetjens_

```
Case 12-30787    Doc 48    Filed 07/11/13    Entered 07/13/13 23:24:52    Desc Imaged
                           Certificate of Notice    Page 6 of 6
```

District/off: 0752-1           User: ccabrales              Page 2 of 2                  Date Rcvd: Jul 11, 2013
                               Form ID: pdf006              Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2013 at the address(es) listed below:

        Andrew J Nelson    on behalf of Creditor    OneWest Bank, FSB anelson@atty-pierce.com,
         northerndistrict@atty-pierce.com
        Christopher M Brown    on behalf of Creditor    OneWest Bank, FSB northerndistrict@atty-pierce.com,
         cbrown@atty-pierce.com
        David R Herzog    on behalf of Debtor James  Caruso drhlaw@mindspring.com,
         herzogschwartz@gmail.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Steven R Radtke    sradtke@chillchillradtke.com,    sradtke@ecf.epiqsystems.com
                                                                                                                             TOTAL: 5