UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
James Caruso                        §      Case No. 12-30787
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/STEVEN R. RADTKE_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Therese L. Caruso and Peter Caruso |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | OneWest Bank 888 East Walnut Street Pasadena, CA 91101 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | University Station Condo Assoc /co Kovitz, Shifrin Nesbit 750 Lake Cook Road Suite 350 Buffalo Grove, IL 60089 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Associated Bank | | | | | |
| Samuel S. Bae and Law Office of Samuel S. Bae | | | | | |
| Samuel S. Bae and Law Office of Samuel S. Bae | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Attn: Bankruptcy Department P.O. Box 660402 Dallas, TX 75266-0402 | | | | | |
| | Best Buy P.O. Box 9312 Minneapolis , MN 55440 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Attn: Bankruptcy Dept P.O. Box 30273 Salt Lake City, UT 84130 | | | | | |
| | Citibank Attn: Bankruptcy Dept P.O. Box 6497 Sioux Falls, SD 57117 | | | | | |
| 1 | Atlas Acquisitions Llc (Hsbc) | | | | | |
| 2 | N. A. Fia Card Services | | | | | |
| 3 | N. A. Fia Card Services | | | | | |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | | | | | |
| 5 | University Station Condo Assoc | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-30787 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | James Caruso | | | | Date Filed (f) or Converted (c): | 08/01/2012 (f) |
| | | | | | 341(a) Meeting Date: | 10/01/2012 |
| For Period Ending: | 10/07/2013 | | | | Claims Bar Date: | 03/22/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 1550 S. Blue Island Avenue Unit 720 & Ps65 Chicago | 100,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Cash On Hand | 25.00 | 25.00 | OA | 0.00 | FA |
| 3. Metro Bank - Checking Account | 200.00 | 0.00 | OA | 0.00 | FA |
| 4. Sofa, Tv, Bed, Misc Table And Chairs, Washer & Dryer | 800.00 | 0.00 | OA | 0.00 | FA |
| 5. Ordinary Wearing Apparel | 300.00 | 0.00 | OA | 0.00 | FA |
| 6. Term Insurance Through Employer | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. 403D - Fidelity | 15,000.00 | 0.00 | OA | 0.00 | FA |
| 8. Surs 401K Plan | 50,000.00 | 0.00 | OA | 0.00 | FA |
| 9. Possible Personal Injury Action Against Rena Marten | 0.00 | 0.00 | | 50,000.00 | FA |
| 10. 2006 Pontiac Grand Prix | 4,500.00 | 0.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $170,825.00   $25.00   $50,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained special counsel to pursue Debtor's personal injury claim. Trustee obtained order approving settlement of personal injury claim for $50,000 and obtained order allowing special counsel's compensation. Trustee paid special counsel's allowed compensation and expenses. Trustee paid Debtor's exemption in the amount of $15,000. Trustee filed Final Report and hearing is set for August 22, 2013.

Initial Projected Date of Final Report (TFR): 12/30/2014   Current Projected Date of Final Report (TFR): 12/30/2014

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-30787 | Trustee Name: STEVEN R. RADTKE |
| Case Name: James Caruso | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0278 |
| | Checking |
| Taxpayer ID No: XX-XXX8491 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/07/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/13 | 9 | GEICO<br>One Geico Center<br>Macon, GA 31296-0001 | Insurance proceeds from personal injury claim | 1142-000 | $50,000.00 | | $50,000.00 |
| 05/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $49,990.00 |
| 05/14/13 | 1001 | Samuel S. Bae and Law Office of Samuel S. Bae<br>Law Office of Samuel S. Bae<br>2720 South River Road<br>Suite 36<br>Des Plaines, IL 60018 | Trustee's Attorney's Fees per court order dated 2/19/13 | 3210-000 | | $16,666.67 | $33,323.33 |
| 05/14/13 | 1002 | Samuel S. Bae and Law Office of Samuel S. Bae<br>Law Office of Samuel S. Bae<br>2720 South River Road<br>Suite 36<br>Des Plaines, IL 60018 | Trustee's Attorney's Expenses per court order dated 2/19/13 | 3220-000 | | $212.93 | $33,110.40 |
| 05/15/13 | | Associated Bank | Refund Bank Service Charge | 2600-000 | | ($10.00) | $33,120.40 |
| 05/30/13 | 1003 | Therese L. Caruso and Peter Caruso<br>3451 S. Emerald Avenue<br>Chicago, IL 60616 | Exemption in personal injury proceeds | 8100-002 | | $15,000.00 | $18,120.40 |
| 08/26/13 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $4,250.00 | $13,870.40 |
| 08/26/13 | 1005 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $4.70 | $13,865.70 |

Page Subtotals: $50,000.00   $36,134.30

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-30787
Case Name: James Caruso
Taxpayer ID No: XX-XXX8491
For Period Ending: 10/07/2013

Trustee Name: STEVEN R. RADTKE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX0278
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/26/13 | 1006 | Atlas Acquisitions Llc (Hsbc)<br>294 Union St.<br>Hackensack, Nj 07601 | Final distribution to claim 1 representing a payment of 52.58 % per court order. | 7100-000 | | $685.42 | $13,180.28 |
| 08/26/13 | 1007 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>4161 Piedmont Parkway<br>Nc4 105 03 14<br>Greensboro, Nc 27410 | Final distribution to claim 2 representing a payment of 52.58 % per court order. | 7100-000 | | $4,204.22 | $8,976.06 |
| 08/26/13 | 1008 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>4161 Piedmont Parkway<br>Nc4 105 03 14<br>Greensboro, Nc 27410 | Final distribution to claim 3 representing a payment of 52.58 % per court order. | 7100-000 | | $3,116.10 | $5,859.96 |
| 08/26/13 | 1009 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 4 representing a payment of 52.58 % per court order. | 7100-000 | | $3,005.07 | $2,854.89 |
| 08/26/13 | 1010 | University Station Condo Assoc<br>C/O Kovitz, Shifrin Nesbit<br>750 W Lake Cook Road Suite 350<br>Buffalo Grove, Il 60089 | Final distribution to claim 5 representing a payment of 52.58 % per court order. | 7100-000 | | $2,854.89 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $50,000.00 | $50,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $50,000.00 | $50,000.00 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $50,000.00 | $35,000.00 |

Page Subtotals: $0.00 $13,865.70

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0278 - Checking | $50,000.00 | $35,000.00 | $0.00 |
|  | $50,000.00 | $35,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $50,000.00 |
| Total Gross Receipts: | $50,000.00 |

Page Subtotals:  $0.00  $0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*